IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02169-PSF-BNB

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,

    Plaintiff,

v.

WAGNER CORP LLC; and
JAY WAGNER,

    Defendants.

## ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS

This matter having come before the Court on the parties' Stipulated Motion to Dismiss Defendants' Counterclaims Without Prejudice (Dkt. # 13) and the Court being fully advised in the premises, it is hereby

ORDERED that defendants' counterclaims against plaintiff be DISMISSED without prejudice, with defendants reserving the right to assert these or other counterclaims against plaintiff before the deadline set forth in the Scheduling Order for the amendment of pleadings.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the proper format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case Filing Procedures for the District of

Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: February 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge