IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02169-PSF-BNB

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,

    Plaintiff,

v.

WAGNER CORP LLC; and
JAY WAGNER,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

    This matter is before the Court on the Unopposed Motion to Withdraw (Dkt. # 20) filed by Jon S. Nicholls and the law firm of Nicholls Nicholls Biles & Bower, LLC. The Court having reviewed the motion and the file, it is hereby

    ORDERED that the motion is GRANTED, and the withdrawal of Jon S. Nicholls is permitted. Counsel are reminded that only lawyers, not their law firms, may enter appearances or have their appearances withdrawn under this Court's local rules, D.C.COLO.LCiv.R. 11.1A and 83.3B and D.

    DATED: March 9, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge