IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02169-PSF-BNB

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,

Plaintiff,

v.

WAGNER CORP. LLC; and
JAY WAGNER,

Defendants.

---

## ORDER

---

Upon review of the **Joint Status Report Regarding Settlement Negotiations** [Doc. # 23, filed 3/23/06]:

IT IS ORDERED that the parties shall file a status report on or before **April 21, 2006**, addressing the status of settlement discussions and whether a court supervised settlement conference would assist them in their settlement efforts.

Dated March 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland                              
United States Magistrate Judge