IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02169-PSF-BNB

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,

    Plaintiff,

v.

WAGNER CORP LLC; and
JAY WAGNER,

    Defendants.

## ORDER

The parties have filed a Joint Status Report Regarding Settlement (Dkt. # 34), filed in lieu of dismissal papers.  The filing was in response to the magistrate judge's May 8, 2006 minute order (Dkt. # 33), which itself was issued in response to the parties' May 5, 2006 Joint Status Report Regarding Settlement Negotiations (Dkt. # 32) stating that they "anticipate that within the next two (2) weeks they will memorialize the settlement in a more formal agreement and file with the Court a Request for Dismissal of the action . . . ."  In this second joint status report, the parties claim to need another two weeks to finalize their settlement allegedly due to "one counsel's unavailability due to a personal matter."  The magistrate judge allowed the parties until June 5, 2006 to file their dismissal stipulation or a status report addressing why dismissal has not been accomplished (Dkt. # 35).

IT IS HEREBY ORDERED that if dismissal papers are not filed by June 5, 2006, counsel for the parties shall appear before the undersigned for a status conference on **Thursday, June 8, 2006 at 8:30 a.m.**

DATED: May 24, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge