IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02169-PSF-BNB

RITCHIE BROS. AUCTIONEERS (AMERICA), INC.,

    Plaintiff,

v.

WAGNER CORP LLC; and
JAY WAGNER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 37) pursuant to F.R.Civ.P. 41(a), hereby

ORDERS that this action is DISMISSED with prejudice, each party to bear his or its own costs and attorney fees.

DATED: June 13, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge